# TISDALE
## LAW OFFICES, LLC

11 WEST 42ND STREET SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX (212) 869-0067

TL@TISDALE-LAW.COM

New York, NY · Southport, CT

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX (203) 254-1641

WWW.TISDALE-LAW.COM

July 8, 2008

**SO ORDERED**

The conference is adjourned to
October 15, 2008 at 9:30 a.m.

*[signature]* George B. Daniels

**HON. GEORGE B. DANIELS**

JUL 1 4 2008

*Via Facsimile 212-805-6737*
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

Re: Concord Line Co. Ltd. v. North Eastern Shipping Company Ltd.
    Docket Number: 08 Civ. 3655
    Our Reference Number: 08-1876

Honorable Judge Daniels:

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On April 18, 2008 an ex parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has not appeared. To date, we have restrained $16,500.00 of the Defendants' funds.

We respectfully request a 90-day adjournment of the initial pre-trial conference scheduled for conference scheduled in this matter for July 16, 2008 at 9:30 a.m. This is our first request for an adjournment of a pre-trial conference in this matter. During this time, we will continue to serve the Writ of Attachment in order to secure Plaintiff's claim.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for your indulgence in this request.

Respectfully submitted,

*[signature]*
Clarisse Campanale-Orozco

dk